UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

STEPHEN J. MILLER,                                          Civil No. 08-5327 (MJD/AJB)

        Plaintiff,

v.                                                          **ORDER**

MS. ANDERSON, ET AL.,

        Defendants.

This matter is before the Court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated August 7, 2009. There being no objections filed to Magistrate Judge Boylan's Report and Recommendation, **THE COURT HEREBY ORDERS** that Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), lack of subject matter jurisdiction, and Rule 12(b)(6), failure to state a claim upon which relief can be granted, or in the alternative, for Summary Judgment pursuant to Rule 56 [Docket No. 18] is **granted** and that the Complaint [Docket No. 1] in this matter is **dismissed with prejudice**.

Date: September 4, 2009                           s/Michael J. Davis
                                                                              The Honorable Chief Michael J. Davis
                                                                              Chief Judge
                                                                              United States District Court